UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON – SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0467 WBS DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to provide him adequate medical care in violation of his Eighth Amendment right. By order dated November 29, 2021, the court referred this action to the Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for 120 days. (ECF No. 20.) On April 26, 2022, a settlement conference was held in this action. (ECF No. 37.) The case did not settle. Therefore, the court will lift the stay and direct defendants to file a responsive pleading.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is lifted; and

2. Within twenty-one days of the date of this order defendants shall file and serve a responsive pleading.

Dated: April 28, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/enni0467.post.ADR